COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 NOV -5 P 1: 51

CLERK _L. Flanders_
SO. DIST. OF GA.

2007 NOV 13 A 9:59
DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )   Case No.  CR107-065
                           )
v.                         )   **COUNT ONE**
                           )   Driving While License Suspended
DEMARION M. HARVEST,       )   or Revoked
                           )   18 U.S.C. §§ 7 & 13
        Defendant.         )   O.C.G.A. § 40-5-121(a)

### CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE

I, Demarion M. Harvest, Defendant, have been informed that an information is pending against me in the above designated cause. I wish to plead guilty to Count One of the information, Driving While License Suspended or Revoked, to consent to disposition of the case in the Middle District of Alabama, in which I am present, and to waive trial in the above captioned District. I understand that, in exchange for my plea of guilty and acceptance of responsibility for Count One, the government will recommend a sentence of twelve months probation, an $800.00 fine, and a $25.00 special assessment fee.

_____     08/25/07
Demarion M. Harvest           Dated
Defendant

ATTEST: A TRUE COPY
11/8_____, 20 07
_____
Deputy Clerk

U.S. V. Demarion M. Harvest
Case No. CR107-065
Consent to Transfer of Case for Plea and Sentence

<u>APPROVED</u>

_Kent Brunson_  
Kent B. Brunson  
Assistant U.S. Attorney  
Middle District of Alabama

_Edmund A Booth_  
Edmund A. Booth, Jr.  
United States Attorney  
Southern District of Georgia

10-30-07  
Date

11/5/07  
Date



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | Case No. **CR107-006** |
| v. | COUNT ONE |
| | Driving While License Suspended |
| DEMARION M. HARVEST, | or Revoked |
| | 18 U.S.C. §§ 7 & 13 |
| Defendant. | O.C.G.A. § 40-5-121(a) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**

On or about the 1st day of February, 2007, in the Southern District of Georgia, the defendant,

DEMARION M. HARVEST,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, did unlawfully drive a motor vehicle while his privilege to do so was suspended and revoked, a misdemeanor in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-5-121(a).

ATTEST: A TRUE COPY

Deputy Clerk

1

EDMUND A. BOOTH, JR.
ACTING UNITED STATES ATTORNEY

*[signature]*

Steven J. Phillips
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Gordon, GA   30905-5280
(706) 791-1254 Fax 791-3082



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. **CR107 065** |
| v. | ) | **COUNT ONE** |
| | ) | Driving While License Suspended |
| DEMARION M. HARVEST, | ) | or Revoked |
| | ) | 18 U.S.C. §§ 7 & 13 |
| Defendant. | ) | O.C.G.A. § 40-5-121(a) |

### PENALTY CERTIFICATION

The undersigned Special Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the information are as follows:

**COUNT ONE:**   18 U.S.C. §§ 7 & 13
O.C.G.A. § 40-5-121(a)

NOT LESS THAN 2 DAYS NOR MORE THAN
12 MONTHS IMPRISONMENT; A FINE OF NOT
LESS THAN $500.00 NOR MORE THAN
$1,000.00; AND A $25 SPECIAL ASSESSMENT FEE.

This 17th day of May, 2007.

Respectfully submitted

EDMUND A. BOOTH, JR.
ACTING UNITED STATES ATTORNEY

Steven J. Phillips
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Gordon, GA 30905-5280
(706) 791-1254 Fax 791-3082

ATTEST: A TRUE COPY

Deputy Clerk

1

CLOSED

# U.S. District Court
## Southern District of Georgia (Augusta)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00065-WLB All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Harvest | Date Filed: 06/28/2007 |
| | Date Terminated: 11/08/2007 |

Assigned to: Magistrate Judge W. Leon Barfield

**Defendant**

| | | |
|---|---|---|
| **Demarion M. Harvest** (1)<br>*TERMINATED: 11/08/2007* | represented by | **Demarion M. Harvest**<br>2028 Jasper Court, Apt. a<br>Fort Gordon, GA 30905<br>PRO SE |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| Driving While License Suspended or Revoked<br>(1) | Transfer to Middle District of Alabama |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Misdemeanor | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Steven J. Phillips**<br>Office of the Staff Judge Advocate<br>419 B St.<br>Bldg. 29718 |

Ft. Gordon, GA 30905-5280
706-791-1254
Fax: 706-791-3082
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 |  | TERMINATE CASE (lcw) (Entered: 11/08/2007) |
| 11/08/2007 | 11 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Alabama Counts closed as to Demarion M. Harvest (1) Count 1. (lcw) (Entered: 11/08/2007) |
| 08/23/2007 | 10 | Arrest Warrant Returned Unexecuted in case as to Demarion M. Harvest. (ljf) (Entered: 08/27/2007) |
| 08/20/2007 | 9 | ORDER granting 8 Motion to Withdraw Warrant and Continue as to Demarion M. Harvest (1). Signed by Judge W. Leon Barfield on 08/20/2007. (lcw) (Entered: 08/20/2007) |
| 08/17/2007 | 8 | MOTION to Withdraw Warrant and Continue by USA as to Demarion M. Harvest. (lcw) (Entered: 08/20/2007) |
| 08/09/2007 | 7 | ARREST WARRANT issued as to Demarion M. Harvest (lcw) (Entered: 08/09/2007) |
| 08/07/2007 | 6 | Minute Entry for proceedings held before Judge W. Leon Barfield :Initial Appearance as to Demarion M. Harvest held on 8/7/2007. Deft failed to appear - bench warrant issued (Court Reporter FTR.) (lcw) (Entered: 08/08/2007) |
| 08/06/2007 |  | (Court only) ***Location start as to Demarion M. Harvest (lcw) (Entered: 08/06/2007) |
| 08/06/2007 | 5 | Summons Returned Executed on 07/27/2007 as to Demarion M. Harvest (lcw) (Entered: 08/06/2007) |
| 07/18/2007 | 4 | NOTICE OF HEARING as to Demarion M. HarvestInitial Appearance and Arraignment rescheduled for 8/7/2007 10:00 AM in Augusta - 1st Floor before Magistrate Judge W. Leon Barfield. (lcw) (Entered: 07/19/2007) |
| 07/02/2007 | 3 | Summons Issued in case as to Demarion M. Harvest Initial Appearance and Arraignment set for 7/26/2007 08:30 AM in Augusta - 1st Floor before Magistrate Judge W. Leon Barfield. (lcw) (Entered: 07/02/2007) |
| 06/28/2007 | 2 | PENALTY CERTIFICATION by Government as to USA. (lcw) (Entered: 06/29/2007) |
| 06/28/2007 | 1 | INFORMATION as to Demarion M. Harvest (1) count(s) 1. (lcw) (Entered: 06/29/2007) |